# In the United States District Court for the Southern District of Georgia Brunswick Division

DWIGHT ALLEN,

    Claimant,

v.

THE FEDERAL DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA,

    Respondent.

CIVIL ACTION NO.: 2:17-mc-3

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 3. Claimant did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Claimant's "Affidavit of Truth" for failure to prosecute and failure to follow this Court's directives, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment

of dismissal, and **DENIES** Claimant *in forma pauperis* status on appeal.

**SO ORDERED**, this 7 day of June, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)